# EXHIBIT B



**EXHIBIT B**
**Report Created On:** 09/02/2019
**File Number:** ▆▆▆▆9532

## Personal Information

**SSN:** ▆▆▆▆▆▆3224
Your SSN has been masked for your protection.

You have been on our files since 01/01/1984
**Date of Birth:** ▆▆▆▆▆▆

**Names Reported:** CHRIS C. GARDIER III, CHRISTOPHER GARIDER, CHRISTOPHER C. GARDLER and CHRISTOPHE C. GARDIER



**FIDELITY DEPOSIT #▮▮▮▮▮▮9352\*\*\*\***
338 N WASHINGTON AVE
SCRANTON, PA 18503
(570) 342-8281

| | | | | | | |
|---|---|---|---|---|---|---|
| **Date Opened:** | 03/26/2010 | **Balance:** | $0 | **Pay Status:** | >Account 30 Days Past Due Date< |
| **Responsibility:** | Joint Account | **Date Updated:** | 07/09/2015 | | |
| **Account Type:** | Installment Account | **Payment Received:** | $240 | **Terms:** | Monthly for 60 months |
| **Loan Type:** | HOME EQUITY LOAN | **High Balance:** | $10,000 | **Date Closed:** | 07/09/2015 |

>Maximum Delinquency of 60 days in 12/2012 and in 03/2015<



**Remarks:** CLOSED
**Estimated month and year that this item will be removed:** 04/2022

| | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 30 | 30 | OK | 60 | 30 | OK | OK | OK | OK | OK |

| | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 30 | OK | OK | 30 | OK | OK | OK | OK | 60 | 30 |

| | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 30 | 30 | OK | OK | 60 | 30 | OK | OK | 60 | 30 |

| | 12/2012 | 11/2012 |
|---|---|---|
| Rating | 60 | 30 |