# EXHIBIT D

P.O. Box 105069
Atlanta, GA 30348

October 23, 2018



 To Start An Investigation, Please Visit Us At:
www.investigate.equifax.com



000001086 F0ECA1024180631110000 02 000000
002711901-5902
CHRISTOPHER C GARDLER 3

Page 1 of 42          8279047827GZW-002711901- 5902 - 9410 - ASL



>>> **We have researched the credit account. Account # - 3156429352*  The results are:** This creditor has verified to OUR company that the current status is being reported correctly. This creditor has verified to OUR company that the prior paying history is being reported correctly. If you have additional questions about this item please contact: **Fidelity Deposit  Discoun, 338 N Washington Ave, Scranton, PA 18503-1554  Phone: (800) 388-4380**

**Fidelity Deposit & Discount**   338 N Washington Ave Scranton PA 18503-1554 : (800) 388-4380

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 9352* | 03/26/2010 | $10,000 | $0 | 60 | Monthly | 65 | Paid and Closed | |

| Terms As of Date Reported | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/23/2018 | $0 | $0 | 08/2015 | $0 | $0 | 06/2015 | | | $0 | | $0 | | 08/2015 |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| 60 - 89 Days Past Due | Installment | Home Equity | Joint Account | | |

ADDITIONAL INFORMATION:

Closed or Paid Account/Zero Balance

Home Equity Loan

Fixed Rate

Account History with Status Codes

| 08 2015 | 07 2015 | 05 2015 | 04 2015 | 10 2014 | 07 2014 | 02 2014 | 01 2014 | 12 2013 | 11 2013 | 06 2013 | 05 2013 | 02 2013 | 01 2013 | 12 2012 | 11 2012 | 10 2012 | 09 2012 | 08 2012 | 06 2012 | 04 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 2 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 2 |