### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER GARDIER** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | **NO. 20-5232** |
| **v.** | : | |
| | : | |
| **TRANS UNION LLC *et al.*,** | : | |
| *Defendant* | : | |

## ORDER

**AND NOW,** this 27th day of October 2020, upon consideration the *pro hac vice* motion filed by *Dennis McCarty*, Esquire, requesting permission to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b), [ECF 2], it is hereby **ORDERED** that the motion is **GRANTED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*