UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

CHRISTOPHER GARDIER,
    Plaintiff,

vs.

TRANS UNION LLC; EQUIFAX
INFORMATION SERVICES LLC;
and FIDELITY DEPOSIT AND
DISCOUNT BANK d/b/a
FIDELITY BANK;
    Defendants.

CASE NO. 2:20-cv-05232-NIQA

---

**TRANS UNION LLC'S
DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1
(Civil Action)**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, **Defendant Trans Union LLC** makes the following disclosure:

☐     The nongovernmental corporate party, Trans Union LLC, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒     The nongovernmental corporate party, Trans Union LLC, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock.

    Parent Corporation: **TransUnion Intermediate Holdings, Inc. and TransUnion**

Publicly held company that owns ten percent (10%) or more of the corporation is as follows:

**TransUnion LLC discloses that the following parent corporations and publicly held companies own 10% or more of its stock: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity with the ticker symbol TRU. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity with the ticker symbol TROW, own more than 10 percent of TransUnion's stock.**

Date: November 2, 2020	Respectfully submitted,


*s/ Casey Green*
Casey B. Green, Esq.
Sidkoff, Pincus & Green, P.C.
1101 Market Street, Suite 2700
Philadelphia, PA 19107
Telephone: (215) 574-0600
Fax: (215) 574-0310
E-Mail: cg@sidkoffpincusgreen.com

*Counsel for Defendant Trans Union, LLC*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **2nd day of November, 2020**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Gary Schafkopf, Esq. <br> gschafkopf@gmail.com | Matthew B. Weisberg, Esq. <br> mweisberg@weisberglawoffices.com |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the _____ **day of November, 2020** properly addressed as follows:

| None. | |
|---|---|

*s/ Casey Green*
Casey B. Green, Esq.
Sidkoff, Pincus & Green, P.C.
1101 Market Street, Suite 2700
Philadelphia, PA 19107
Telephone: (215) 574-0600
Fax: (215) 574-0310
E-Mail: cg@sidkoffpincusgreen.com

*Counsel for Defendant Trans Union, LLC*