**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHRISTOPHER GARDIER,<br><br>           Plaintiff,<br><br>     v.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.<br><br>           Defendants. | Civil Action No.<br>2:20-cv-05232-NIQA |

## NOTICE OF APPEARANCE

**TO THE CLERK:**

Please enter my appearance in the above-captioned action on behalf of the Defendant Equifax Information Services LLC ("Equifax").

DATED:  December 1, 2020              Respectfully submitted,

                                                              CLARK HILL PLC

                                                              By:*/s/ Jessica D. Reilly*
                                                                   Jessica D. Reilly
                                                                   jreilly@clarkhill.com
                                                                   2001 Market Street, Suite 2620
                                                                   Two Commerce Square
                                                                   Philadelphia, PA 19103
                                                                   T: 215) 640-8422
                                                                   F: (215) 640-8501

                                                                   *Attorneys for Defendant*
                                                                   *Equifax Information Services LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2020, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jessica D. Reilly*
Jessica D. Reilly
Attorney for Defendant
Equifax Information Services LLC