**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHRISTOPHER GARDIER,<br><br>          Plaintiff,<br><br>     v.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.<br><br>          Defendants. | Civil Action No. 2:20-cv-5232-NIQA |

## NOTICE OF APPEARANCE

**TO THE CLERK:**

Please enter my appearance in the above-captioned action on behalf of the Defendant Equifax Information Services LLC ("Equifax").

DATED:  December 10, 2020          Respectfully submitted,

                                   CLARK HILL PLC

                                   By:*/s/ Zachary M. Kimmel*
                                        Zachary M. Kimmel
                                        zkimmel@clarkhill.com
                                        2001 Market Street, Suite 2620
                                        Two Commerce Square
                                        Philadelphia, PA 19103
                                        T: 215) 640-8400
                                        F: (215) 640-8501

                                        *Attorneys for Defendant*
                                        *Equifax Information Services LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 10, 2020, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Zachary M. Kimmel*
Zachary M. Kimmel
Attorney for Defendant
Equifax Information Services LLC