**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHRISTOPHER GARDIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-05232-NIQA |
| | ) | |
| TRANS UNION LLC, | ) | |
| EQUIFAX INFORMATION SERVICES | ) | |
| LLC, and FIDELITY DEPOSIT AND | ) | |
| DISCOUNT BANK d/b/a FEDELITY | ) | |
| BANK, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX
INFORMATION SERVICES LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff and Defendant Equifax Information Services LLC ("Equifax"), by counsel, consent to an order by the Court that Defendant Equifax's time to answer, move, or otherwise respond to the Complaint in this action be extended through and including January 28, 2021 and that any such responsive pleading by that date shall be deemed timely filed. No previous extension has been requested.

DATED: December 23, 2020.

/s/ Matthew B. Weisberg (with consent)
Matthew B. Weisberg
Weisberg Law PC
7 South Morton Ave.
Morton, PA 19070
(610) 690-0801
mweisberg@weisberglawoffices.com
*Attorneys for Plaintiff*

/s/ Jessica D. Reilly
Jessica D. Reilly
CLARK HILL PLC
One Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103
Tel. (215) 640-8500
Email: jreilly@clarkhill.com
*Attorney for Defendant Equifax Information Services LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of December, 2020, I electronically filed the foregoing

with the Clerk of the Court using CM/ECF, which will send notification to all counsel of record.


*/s/ Jessica D. Reilly*_____
Jessica D. Reilly
*Attorney for Defendant Equifax Information*
*Services LLC*