# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER GARDIER** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 20-5232** |
| **v.** | : | |
| | : | |
| **TRANS UNION LLC,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 29th day of December 2020, upon consideration of the parties' *stipulation of extension of time for Defendant Equifax Information Services to respond to Plaintiff's complaint*, [ECF 12], it is hereby **ORDERED** that the parties' stipulation is **APPROVED**. Accordingly, Defendant Equifax Information Services may answer or otherwise respond to the complaint by no later than January 28, 2021.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*