IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER GARDIER, | : | |
| Plaintiff, | : | |
| v. | : | NO. 20-CV-5232 |
| TRANS UNION LLC, EQUIFAX INFORMATION SERVICES, LLC, and FIDELITY DEPOSIT AND DISCOUNT BANK d/b/a FIDELITY BANK, | : | JUDGE ALEJANDRO |
| Defendants. | : | ELECTRONICALLY FILED |

**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT FIDELITY DESPOSIT AND DISCOUNT BANK d/b/a FIDELITY BANK TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff and Defendant The Fidelity Deposit and Discount Bank d/b/a Fidelity Bank ("Fidelity"), by and through undersigned counsel, consent to an Order by the Court providing that Fidelity Bank shall have an extension of time, until February 3, 2021 to answer, move, or otherwise respond to Plaintiff's Complaint. No previous extension has been requested.

Date:  January 15, 2021

| | |
|---|---|
| /s/ Matthew B. Weisberg | /s/ Nicholas F. Kravitz |
| Matthew B. Weisberg | Nicholas F. Kravitz |
| Weisberg Law PC | Myers, Brier & Kelly, LLP |
| 7 Morton Ave. | 425 Spruce Street, Suite 200 |
| Morton, PA  19070 | Scranton, PA  18503 |
| (610) 690-0801 | (570) 342-6100 |
| mweisberglawoffices.com | nkravitz@mbklaw.com |
| Attorney for Plaintiff, | Attorney for Defendant, Fidelity |
| Christopher Gardier | Deposit and Discount Bank d/b/a Fidelity Bank |

## **CERTIFICATE OF SERVICE**

I, Nicholas F. Kravitz, hereby certify that a true and correct copy of the foregoing Stipulation of Extension of Time was served upon the following counsel of record via the Court's ECF system on this 15th day of January 2021:

> Dennis McCarty, Esquire
> McCarty & Raburn
> 2931 Ridge Road, Suite 101 #504
> Rockwall, TX  75032
>
> Gary Schafkopf, Esquire
> Hopkins Schafkopf, LLC
> 11 Bala Avenue
> Bala Cynwyd, PA  19004
>
> Matthew B. Weisberg, Esquire
> Weisberg Law PC
> 7 South Morton Avenue
> Morton, PA  19070
>
> Casey Green, Esquire
> Sidkoff, Pincus & Green, P.C.
> 1101 Market Street
> 2700 Aramark Tower
> Philadelphia, PA  19107
>
> Jessica Reilly, Esquire
> Zachary M. Kimmel, Esquire
> Clark Hill PLC
> 2001 Market Street, Suite 2620
> Two Commerce Square
> Philadelphia, PA  19103

/s/ Nicholas F. Kravitz
Nicholas F. Kravitz