# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER GARDIER,** | : | |
| Plaintiff, | : | |
| v. | : | NO. 20-CV-5232 |
| **TRANS UNION LLC, EQUIFAX INFORMATION SERVICES, LLC, and FIDELITY DEPOSIT AND DISCOUNT BANK d/b/a FIDELITY BANK,** | : | JUDGE ALEJANDRO |
| Defendants. | : | ELECTRONICALLY FILED |

## ORDER

AND NOW, this _____ day of January 2021, upon consideration of the parties' Stipulation of Extension of Time for Defendant The Fidelity Deposit & Discount Bank d/b/a Fidelity Bank to respond to Plaintiff's Complaint, IT IS HEREBY ORDERED THAT the Stipulation is GRANTED. The deadline for Defendant Fidelity Bank to answer, move or otherwise respond to Plaintiff's complaint is extended to February 3, 2021.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO
*Judge, United States District Court*