# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER GARDIER** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 20-5232 |
| **v.** | : | |
| | : | |
| **TRANS UNION LLC,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 2nd day of February 2021, upon consideration of the parties' *second stipulation of extension of time for Defendant The Fidelity Deposit & Discount Bank d/b/a Fidelity Bank to respond to Plaintiff's complaint*, [ECF 22], it is hereby **ORDERED** that the stipulation is **APPROVED**. Accordingly, Defendant Fidelity Deposit and Discount Bank may answer or otherwise respond to the complaint by no later than February 26, 2021.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*