IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LALISHA BARROW | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-3628-JCJ |
| | : | |
| TRANS UNION LLC | : | |
| | : | |
| VICTORIA MIDDLETON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-3756-JMY |
| | : | |
| TRANS UNION LLC, et al. | : | |
| | : | |
| JONATHAN SIGLER | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-4198-KSM |
| | : | |
| TRANS UNION LLC, et al. | : | |
| | : | |
| KELLY MUSZALL | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-4201-GAM |
| | : | |
| TRANS UNION LLC, et al. | : | |
| | : | CIVIL ACTION |
| DENITA SMITH | : | |
| | : | No. 20-4233-TJS |
| v. | : | |
| | : | |
| TRANS UNION LLC, et al. | : | |
| | : | |
| JEFFERY SHIELER, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-4649-JDW |
| | : | |
| TRANS UNION LLC, et al. | : | |

| | | |
|---|---|---|
| CLIFFORD SMITH | : | CIVIL ACTION |
| v. | : | No. 20-4903-CFK |
| TRANS UNION LLC, et al. | : | |
| DARRYL WALKER | : | CIVIL ACTION |
| v. | : | No. 20-5179-GEKP |
| TRANS UNION LLC, et al. | : | |
| KEVIN ANDERSON | : | CIVIL ACTION |
| v. | : | No. 20-5226-JDW |
| TRANS UNION LLC, et al. | : | |
| JOSEPH OSTRANDER | : | CIVIL ACTION |
| v. | : | No. 20-5227-EGS |
| TRANS UNION LLC, et al. | : | |
| REGINALD KIRTZ | : | CIVIL ACTION |
| v. | : | No. 20-5231-MSG |
| TRANS UNION LLC, et al. | : | |
| CHRISTOPHER GARDIER | : | CIVIL ACTION |
| v. | : | No. 20-5232-NIQA |
| TRANS UNION LLC, et al. | : | |

| | |
|---|---|
| MARIE WALKER | CIVIL ACTION |
| v. | No. 20-5235-GEKP |
| TRANS UNION LLC, et al. | |
| JESSICA STUMPF | CIVIL ACTION |
| v. | No. 20-5387-JMY |
| TRANS UNION LLC, et al. | |
| ANTWAINE COPELAND | CIVIL ACTION |
| v. | No. 20-5389-CDJ |
| TRANS UNION LLC, et al. | |
| RONALD STONE | CIVIL ACTION |
| v. | No. 20-5489-RBS |
| TRANS UNION LLC, et al. | |
| MATHEW DELESKIEWICZ | CIVIL ACTION |
| v. | No. 20-5572-CMR |
| TRANS UNION LLC, et al. | |
| LINDA BUTLER | CIVIL ACTION |
| v. | No. 20-6123-CFK |
| TRANS UNION LLC, et al. | |

| | | |
|---|---|---|
| HOWARD HEGGINS | : | CIVIL ACTION |
| v. | : | No. 20-6410-MSG |
| TRANS UNION LLC, et al. | : | |
| AKILAH MCGHEE | : | CIVIL ACTION |
| v. | : | No. 21-17-CMR |
| TRANS UNION LLC | : | |
| ERICKA JACKSON | : | CIVIL ACTION |
| v. | : | No. 21-23-GEKP |
| TRANS UNION LLC | : | |
| BRIAN BROWN | : | CIVIL ACTION |
| v. | : | No. 21-24-NIQA |
| TRANS UNION LLC, et al. | : | |
| JOE VICKERS | : | CIVIL ACTION |
| v. | : | No. 21-62-JHS |
| TRANS UNION LLC, et al. | : | |
| MICHAEL KAUFFMANN | : | CIVIL ACTION |
| v. | : | No. 21-83-TJS |
| TRANS UNION LLC, et al. | : | |

| | | |
|---|---|---|
| ADAM HOLLAND | : | CIVIL ACTION |
| v. | : | No. 21-152-GEKP |
| TRANS UNION LLC, et al. | : | |
| SHATENA MCCOO | : | CIVIL ACTION |
| v. | : | No. 21-204-MAK |
| TRANS UNION LLC | : | |
| MICHAEL THEDFORD, et al. | : | CIVIL ACTION |
| v. | : | No. 21-225-PD |
| TRANS UNION LLC | : | |
| CORIE SMITH | : | CIVIL ACTION |
| v. | : | No. 21-270-JMY |
| TRANS UNION LLC, et al. | : | |
| ERIC BLANTON | : | CIVIL ACTION |
| v. | : | No. 21-292-CDJ |
| TRANS UNION LLC, et al. | : | |
| CRAIG DEICE | : | CIVIL ACTION |
| v. | : | No. 21-295-GEKP |
| TRANS UNION LLC, et al. | : | |

| | | |
|---|---|---|
| JENNIFER KING | : | CIVIL ACTION |
| v. | : | No. 21-316-GAM |
| TRANS UNION LLC, et al. | : | |
| KIMBERLY MURRAY | : | CIVIL ACTION |
| v. | : | No. 21-318-WB |
| TRANS UNION LLC, et al. | : | |
| CHRISTY DEICE | : | CIVIL ACTION |
| v. | : | No. 21-380-JP |
| TRANS UNION LLC, et al. | : | |
| VINCENT BENNETT | : | CIVIL ACTION |
| v. | : | No. 21-421-TJS |
| TRANS UNION LLC, et al. | : | |
| FREDDIE JACOBS | : | CIVIL ACTION |
| v. | : | No. 21-429-CFK |
| TRANS UNION LLC, et al. | : | |
| TANYA DEWBERRY | : | CIVIL ACTION |
| v. | : | No. 21-513-GJP |
| TRANS UNION LLC | : | |

| | | |
|---|---|---|
| ANGELA HERNANDEZ | : | CIVIL ACTION |
| v. | : | No. 21-566-GJP |
| TRANS UNION LLC | : | |
| ASHLEY NICHOLS | : | CIVIL ACTION |
| v. | : | No. 21-605-JS |
| TRANS UNION LLC | : | |
| SHELLIE GIBBS | : | CIVIL ACTION |
| v. | : | No. 21-667-JDW |
| TRANS UNION LLC, et al. | : | |
| JENNIFER VEGA | : | CIVIL ACTION |
| v. | : | No. 21-728-PBT |
| TRANS UNION LLC, et al. | : | |

**ORDER**

AND NOW, this 29th day of April, 2021, it is ORDERED the above-captioned civil actions are referred to Magistrate Judge Marilyn Heffley for a global settlement conference.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.