# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LALISHA BARROW | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRANS UNION LLC | : | NO. 20-3628-JCJ |
| | : | |
| VICTORIA MIDDLETON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 20-3756-JMY |
| TRANS UNION LLC, et al. | : | |
| | : | |
| JONATHAN SIGLER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 20-4198-KSM |
| TRANS UNION LLC, et al. | : | |
| | : | |
| KELLY MUSZALL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 20-4201-GAM |
| TRANS UNION LLC, et al. | : | |
| | : | |
| DENITA SMITH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 20-4233-TJS |
| TRANS UNION LLC, et al. | : | |
| | : | |
| JEFFERY SHIELER, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 20-4649-JDW |
| TRANS UNION LLC, et al. | : | |

| | | |
|---|---|---|
| CLIFFORD SMITH | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 20-4903-CFK |
| DARRYL WALKER | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 20-5179-GEKP |
| KEVIN ANDERSON | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 20-5226-JDW |
| JOSEPH OSTRANDER | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 20-5227-EGS |
| REGINALD KIRTZ | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 20-5231-MSG |
| CHRISTOPHER GARDIER | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 20-5232-NIQA |

| | | |
|---|---|---|
| MARIE WALKER | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 20-5235-GEKP |
| JESSICA STUMPF | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 20-5387-JMY |
| ANTWAINE COPELAND | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 20-5389-CDJ |
| RONALD STONE | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 20-5489-RBS |
| MATHEW DELESKIEWICZ | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 20-5572-CMR |
| LINDA BUTLER | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 20-6123-CFK |

| | | |
|---|---|---|
| HOWARD HEGGINS | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 20-6410-MSG |
| AKILAH MCGHEE | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC | : | NO. 21-17-CMR |
| ERICKA JACKSON | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC | : | NO. 21-23-GEKP |
| BRIAN BROWN | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 21-24-NIQA |
| JOE VICKERS | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 21-62-JHS |
| MICHAEL KAUFFMANN | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 21-83-TGS |

| | | |
|---|---|---|
| ADAM HOLLAND | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 21-152-GEKP |
| TRANS UNION LLC, et al. | : | |
| | : | |
| SHATENA MCCOO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 21-204-MAK |
| TRANS UNION LLC | : | |
| | : | |
| MICHAEL THEDFORD, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 21-225-PD |
| TRANS UNION LLC | : | |
| | : | |
| CORIE SMITH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 21-270-JMY |
| TRANS UNION LLC, et al. | : | |
| | : | |
| ERIC BLANTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 21-292-CDJ |
| TRANS UNION LLC, et al. | : | |
| | : | |
| CRAIG DEICE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 21-295-GEKP |
| TRANS UNION LLC, et al. | : | |

| | | |
|---|---|---|
| JENNIFER KING | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 21-316-GAM |
| KIMBERLY MURRAY | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 21-318-WB |
| CHRISTY DEICE | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 21-380-JP |
| VINCENT BENNETT | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 21-421-TJS |
| FREDDIE JACOBS | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 21-429-CFK |
| TANYA DEWBERRY | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC | : | NO. 21-513-GJP |

| | : | |
|---|---|---|
| ANGELA HERNANDEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 21-566-GJP |
| TRANS UNION LLC | : | |
| | : | |
| ASHLEY NICHOLS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 21-605-JS |
| TRANS UNION LLC | : | |
| | : | |
| SHELLIE GIBBS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 21-667-JDW |
| TRANS UNION LLC, et al. | : | |
| | : | |
| JENNIFER VEGA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 21-728-PBT |
| TRANS UNION LLC, et al. | : | |

**CONFERENCE ORDER**

AND NOW, this 4th day of May, 2021, IT IS HEREBY ORDERED as follows:

1. An **IN-PERSON SETTLEMENT CONFERENCE** in the above-captioned cases between counsel for Plaintiffs and counsel for Defendant Trans Union LLC ("Trans Union") will be held on **Wednesday, June 16, 2021, at 9:30 A.M.**, before the Honorable Marilyn Heffley, United States Magistrate Judge, U.S. Courthouse, 601 Market Street, Courtroom 3-C, Philadelphia, PA 19106.

2. The conference will not be held unless counsel for the Plaintiffs and Trans Union have clients with full and complete settlement authority available either in-person or by telephone for the duration of the conference. **Full and complete authority**

**means the party's representative must possess authority consistent with the most recent demand.**

3. Plaintiffs are directed to prepare a confidential settlement conference summary. The summary shall contain a short synopsis of the claims at issue in each case, as well as identify any Defendants other than Trans Union involved in each case. Plaintiffs shall include in their summary a global settlement demand directed to Trans Union and individual settlement demands directed to any other Defendants involved in each case. Plaintiffs shall specify in their confidential settlement conference summary which cases may involve more than nominal damages. After receipt of Plaintiffs' confidential settlement conference summary, Judge Heffley will reach out to counsel for the Defendants and communicate Plaintiffs' settlement demands.

4. Trans Union is directed to prepare a confidential settlement conference summary that shall contain a short synopsis of its defenses in each case.

5. Any Defendants other than Trans Union are also directed to prepare a confidential settlement conference summary containing a short synopsis of their defenses in the cases in which they are named defendants.

6. Counsel shall either fax their confidential settlement conference summaries to Chambers (267) 299-505 or e-mail them to Chambers_Heffley@paed.uscourts.gov on or before **May 28, 2021**. These submissions shall be submitted to the Court only. **This document is not to be shared with opposing counsel nor filed of record. It is for Judge Heffley's eyes only.**

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE