# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LALISHA BARROW | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRANS UNION LLC | : | NO. 20-3628-JCJ |
| | : | |
| VICTORIA MIDDLETON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 20-3756-JMY |
| TRANS UNION LLC, et al. | : | |
| | : | |
| JONATHAN SIGLER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 20-4198-KSM |
| TRANS UNION LLC, et al. | : | |
| | : | |
| KELLY MUSZALL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 20-4201-GAM |
| TRANS UNION LLC, et al. | : | |
| | : | |
| DENITA SMITH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 20-4233-TJS |
| TRANS UNION LLC, et al. | : | |
| | : | |
| JEFFERY SHIELER, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 20-4649-JDW |
| TRANS UNION LLC, et al. | : | |

| | | |
|---|---|---|
| CLIFFORD SMITH | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 20-4903-CFK |
| DARRYL WALKER | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 20-5179-GEKP |
| KEVIN ANDERSON | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 20-5226-JDW |
| JOSEPH OSTRANDER | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 20-5227-EGS |
| REGINALD KIRTZ | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 20-5231-MSG |
| CHRISTOPHER GARDIER | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 20-5232-NIQA |

| | | |
|---|---|---|
| MARIE WALKER | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 20-5235-GEKP |
| JESSICA STUMPF | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 20-5387-JMY |
| ANTWAINE COPELAND | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 20-5389-CDJ |
| RONALD STONE | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 20-5489-RBS |
| MATHEW DELESKIEWICZ | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 20-5572-CMR |
| LINDA BUTLER | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 20-6123-CFK |

| | | |
|---|---|---|
| HOWARD HEGGINS | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 20-6410-MSG |
| TRANS UNION LLC, et al. | : | |
| AKILAH MCGHEE | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 21-17-CMR |
| TRANS UNION LLC | : | |
| ERICKA JACKSON | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 21-23-GEKP |
| TRANS UNION LLC | : | |
| BRIAN BROWN | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 21-24-NIQA |
| TRANS UNION LLC, et al. | : | |
| JOE VICKERS | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 21-62-JHS |
| TRANS UNION LLC, et al. | : | |
| MICHAEL KAUFFMANN | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 21-83-TGS |
| TRANS UNION LLC, et al. | : | |

| | | |
|---|---|---|
| ADAM HOLLAND | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 21-152-GEKP |
| SHATENA MCCOO | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC | : | NO. 21-204-MAK |
| MICHAEL THEDFORD, et al. | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC | : | NO. 21-225-PD |
| CORIE SMITH | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 21-270-JMY |
| ERIC BLANTON | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 21-292-CDJ |
| CRAIG DEICE | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 21-295-GEKP |

| | | |
|---|---|---|
| JENNIFER KING | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 21-316-GAM |
| KIMBERLY MURRAY | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 21-318-WB |
| CHRISTY DEICE | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 21-380-JP |
| VINCENT BENNETT | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 21-421-TJS |
| FREDDIE JACOBS | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 21-429-CFK |
| TANYA DEWBERRY | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC | : | NO. 21-513-GJP |

| | | |
|---|---|---|
| ANGELA HERNANDEZ | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC | : | NO. 21-566-GJP |
| ASHLEY NICHOLS | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC | : | NO. 21-605-JS |
| SHELLIE GIBBS | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 21-667-JDW |
| JENNIFER VEGA | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION LLC, et al. | : | NO. 21-728-PBT |

## AMENDED CONFERENCE ORDER

AND NOW, this 1st day of June, 2021, IT IS HEREBY ORDERED that an **IN-PERSON SETTLEMENT CONFERENCE** in the above-captioned cases between counsel for Plaintiffs and counsel for Defendant Trans Union LLC ("Trans Union") **ONLY** will be held on **Wednesday, June 16, 2021, at 9:30 A.M.,** before the Honorable Marilyn Heffley, United States Magistrate Judge, U.S. Courthouse, 601 Market Street, Courtroom 3-C, Philadelphia, PA 19106. **Counsel for Defendants other than Trans Union shall not attend the June 16, 2021 settlement conference. Judge Heffley will contact counsel for Defendants other than Trans

**Union separately via telephone to communicate Plaintiffs' settlement demands as to those Defendants.**

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE